Terry J. SAMPSON and Elaine Roth, Appellants,

v.

Rick HUTSON and Denise Hutson, Respondents.

No. ED 80894.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 24, 2002.

Andrew R. Tarry, Perryville, MO, for appellant.

Francis J. Elpers, Ste. Genevieve, MO, for respondents.

Before MARY R. RUSSELL, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE G. CRAHAN, J.

### ORDER

PER CURIAM.

Terry J. Sampson and Elaine Roth appeal from a judgment of the Circuit Court of Ste. Genevieve County in their action to quiet title to a disputed tract of land they claimed by adverse possession. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).